1
2
3
4
5
6                                                              JS-6
7
8
9
10                    UNITED STATES DISTRICT COURT
11            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                          WESTERN DIVISION
13

| | |
|---|---|
| JIANXIN GAO,<br><br>           Plaintiff,<br><br>           v.<br><br>JADDOU UR MENDOZA, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE; SUSAN M. CURDA AS DISTRICT DIRECTOR OF THE WESTERN REGION LOS ANGELES DISTRICT OFFICE OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; AND CORINA LUNA, LOS ANGELES FIELD OFFICE DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>           Defendants. | No. CV 22-06094 PA (JCx)<br><br>**ORDER DISMISSING CASE**<br><br>Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;

2. USCIS agrees to interview Plaintiff on January 13, 2023 at 10:00 a.m.;

3. Defendants agree to diligently work towards adjudication of Plaintiff's I-589 Application for Asylum and Withholding of Removal within 120 days of the completion of Plaintiff's interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

4. In the event that adjudication is not completed within 120 days of the completion of the interview, Plaintiff may refile this action;

5. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS seven (7) to ten (10) days prior to the agreed upon scheduled interview.  Plaintiff recognizes that failure to submit these documents seven (7) to ten (10) days prior to the interview may result in the interview being rescheduled at no fault of USCIS; and

6. Each party shall bear his, her or its own litigation costs and attorney fees.

Dated: _December 08, 2022_

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1